THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Michael Bernard
 Lesane, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal from Georgetown County
 B. Hicks Harwell, Jr., Circuit Court
 Judge
Memorandum Opinion No. 2008-MO-020  

Submitted April 1, 2008  Filed April 7,
 2008
AFFIRMED

 
 
 
 Appellate
 Defender Robert M. Pachak, of South Carolina Commission on Indigent Defense,
 Division of Appellate Defense, of Columbia, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General
 Daniel L. Grigg, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Following a post-conviction relief (PCR)
 hearing, this Court granted petitioner a belated direct appeal pursuant to White
 v. State, 263 S.C. 110, 208 S.E.2d 35 (1974).  We affirm pursuant to Rule
 220(b)(1), SCACR, and the following authority: State v. Morris, 376 S.C.
 189, 656 S.E.2d 359 (2008) (denial of continuance will not be overturned on
 appeal absent clear abuse of discretion).

TOAL, C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.